IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **GARY BRACK, R.N.** | ) | **CASE NO.  1:19-cv-1436** |
| | ) | |
| Plaintiff, | ) | **JUDGE DONALD NUGENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CUYAHOGA COUNTY et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WTHDRAW AS COUNSEL FOR DEFENDANT CUYAHGOA COUNTY EXECUTIVE ARMOND BUDISH**

Pursuant to Local Rule 83.9, Attorney Gregory G. Huth respectfully moves this Court for leave to withdraw as Counsel of Record for Defendant Cuyahoga County Executive Armond Budish in the above-captioned matter.

Defendant Cuyahoga County Executive Armond Budish will continue to be represented in this case by Christopher G. Keim, Michael N. Chesney, and Lindsey Carr Siegler.

1

Respectfully submitted,

GREGORY G. HUTH, Law Director
Cuyahoga County, Ohio

/s/ *Gregory G. Huth*
GREGORY G. HUTH (0062028)
Law Director, Cuyahoga County
(216)-698-6549 (Telephone)
GHuth@cuyahogacounty.us
2079 East 9th Street
Cleveland, Ohio 44115


*Attorney for Defendant Armond Budish*


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the forgoing Motion to Withdraw was served electronically this 14th Day of February 2020.  Notice of filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

 /s/ *Gregory G. Huth*
Law Director, Cuyahoga County
One of the Attorneys for Defendant Armond Budish