UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GARY BRACK, R.N.**<br><br>*Plaintiff,*<br><br>vs.<br><br>**ARMOND BUDISH, *ET AL.*,**<br><br>*Defendants.* | Case No. 1:19-cv-01436-DCN<br><br>Judge Donald C. Nugent |
| **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS THE OFFICIAL-CAPACITY CLAIMS AGAINST DEFENDANTS BUDISH, MILLS, AND LEIKEN AND THE CIVIL-CONSPIRACY CLAIM AGAINST DEFENDANT CUYAHOGA COUNTY** | |

Under Fed. R. Civ. P. 41(a)(2), Plaintiff respectfully asks the Court to

(1) Dismiss with prejudice the official-capacity claims against Defendants Armond Budish, Ken Mills, and Earl Leiken, each party to bear his costs (retaining all individual-capacity claims against each, and retaining the claims against the County); and

(2) Dismiss with prejudice the civil-conspiracy claim against Defendant Cuyahoga County contained in Claim 12, each party to bear his or its own costs (retaining the civil-conspiracy claims against Defendants Budish, Mills, and Leiken).

These claims were the subject of a portion of Defendant Cuyahoga County's motion for partial dismissal (ECF #33). The undersigned has conferred with the County's counsel, who agrees to the requested relief.