IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GARY BRACK, R.N., | ) | Case No. 1:19-cv-1436-JPC |
| | ) | |
| *Plaintiff,* | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge William H. Baughman, Jr. |
| | ) | |
| ARMOND BUDISH, ET AL., | ) | **NOTICE OF LIMITED APPEARANCE** |
| | ) | **OF TIME AND MOTION FOR** |
| *Defendants.* | ) | **ENLARGEMENT OF TIME** |

Caryn Groedel notices her entry of a limited appearance on behalf of Plaintiff Gary Brack, R.N. for the limited purpose of responding to the motion to withdraw as counsel of Ashlie Case Sletvold, which Ms. Sletvold filed with no meaningful notice or stated rationale to Nurse Brack. Ms. Sletvold's motion raises important ethical concerns for Nurse Brack and Ms. Groedel needs additional time to gather the relevant information and work with him to respond. He should be heard.

Ms. Groedel is currently traveling and will be without access to the internet for a week. She accordingly asks that she have until December 7 to file her response to the motion on his behalf, and asks that the Court take no action to relieve Ms. Sletvold of her responsibilities to Nurse Brack until it has heard from him.

Respectfully submitted,

*/s/ Caryn M. Groedel*
Caryn M. Groedel (#0060131)
Caryn Groedel & Associate Co., LPA
31340 Solon Rd., Suite 27
Cleveland, OH  44139
Phone:   440-544-1122
Fax:        440-996-0064
cgroedel@groedel-law.com
One of Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the forgoing was filed electronically this 24th day of November, 2021. Notice of this filing will be sent by the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Caryn M. Groedel*
                                                Caryn M. Groedel