# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GARY BRACK, R.N., ) | Case No. 1:19-CV-01436 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | Magistrate Judge William H. Baughman, Jr. |
| ) | |
| ARMOND BUDISH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

For good cause shown, Defendants Akram Boutros, MD, Jane Platten and The MetroHealth System's (collectively the "MetroHealth Defendants") *Unopposed Motion for Extension of Time to File Reply in Support of Motion for Sanctions* is **GRANTED**. MetroHealth Defendants shall have until and through Wednesday, January 19, 2022, to file a reply in support of their motion for sanctions (Doc. # 78).

**IT IS SO ORDERED.**

Date: _____          _____
                                        JUDGE J. PHILIP CALABRESE